UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES P. WOLFGEORGE,<br><br>              Plaintiff,<br><br>   vs.<br><br>KITTITAS COUNTY JAIL, et al.,<br><br>              Defendants. | NO. CV-09-3065-JLQ<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO COMPLY WITH *IN FORMA PAUPERIS* REQUIREMENTS |

     By Order filed August 31, 2009, the court directed Mr. Wolfgeorge, a *pro se* prisoner at the Ulster Correctional Facility in Napanoch, New York, to either provide a certified copy of his inmate trust fund account statement (or institutional equivalent) for the preceding six months as required by 28 U.S.C. § 1915(a)(2) or to pay the $350.00 filing fee for this action. Plaintiff did not comply and he has filed nothing further in this action.

     Therefore, **IT IS ORDERED** this action is **DISMISSED** without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. § 1915.

     **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.

     **DATED** this 13th day of October 2009.

                            s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 1